United States District Court
Southern District of Texas
**ENTERED**
November 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| R&J Entertainment LLC., et al, | § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.   H-20-3782 |
| | § | |
| HCC Specialty Insurance Co., et al, | § § | |
| Defendants. | § | |

ORDER

Pursuant to the Notice of Voluntary Dismissal without Prejudice filed on November 17, 2020 the above referenced case is hereby dismissed with prejudice as to Defendant HCC Specialty Insurance Company only pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

Signed this _**18**_ day of November, 2020.

DAVID HITTNER
United States District Judge