United States District Court
Southern District of Texas
**ENTERED**
January 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| R&J ENTERTAINMENT LLC D/B/A/ TRAPPED ESCAPE ROOM, ET. AL., | § § § § § § § § § § § | |
| Plaintiffs. | | |
| VS. | | CIVIL ACTION NO. 4:20-cv-03782 |
| HOUSTON CASUALTY COMPANY, | | |
| Defendant. | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 15, 2021, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 99. Judge Edison filed a Memorandum and Recommendation on November 10, 2021, recommending that Defendant Houston Casualty Company's Rule 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 97) be **GRANTED**. *See* Dkt. 106.

On November 24, 2021, Plaintiffs filed their Objections. Defendant has responded to those objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 106) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant Houston Casualty Company's Rule 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 97) is **GRANTED.**

It is so **ORDERED**.

SIGNED and ENTERED this 7th day of January 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2