United States District Court
Southern District of Texas
**ENTERED**
January 07, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| R&J ENTERTAINMENT LLC D/B/A/ TRAPPED ESCAPE ROOM, ET. AL., § § § Plaintiffs. § § VS. § § HOUSTON CASUALTY COMPANY, § § Defendant. § | CIVIL ACTION NO. 4:20-cv-03782 |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 7th day of January, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE